# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| KRITICOS, ADAM | § | Case No. 14-26280 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/17/2014. The undersigned trustee was appointed on 07/14/2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $   57,685.72

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 33.70 |
   | Bank service fees | 767.01 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]     $ | 56,885.01 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was  12/26/2014  and the deadline for filing governmental claims was  12/26/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 6,134.29 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 6,134.29 , for a total compensation of $ 6,134.29 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 38.85 , for total expenses of $ 38.85 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/29/2015                              By: /s/Phillip D. Levey
                                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 14-26280 EW Judge: EUGENE R. WEDOFF | Trustee Name: | Phillip D. Levey |
| Case Name: | KRITICOS, ADAM | Date Filed (f) or Converted (c): | 07/17/14 (f) |
| | | 341(a) Meeting Date: | 09/05/14 |
| For Period Ending: 09/28/15 | | Claims Bar Date: | 12/26/14 |

| 1<br>Asset Description<br>(Scheduled and Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 1. Studio condo at 300 N State Chicago Il 60610 | 140,000.00 | 7,100.00 | | 0.00 | FA |
| 2. Financial Accounts<br>  Chase Bank<br>  Debtor Claimed Exemption | 1,500.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods<br>  Furniture and Household Goods<br>  Debtor Claimed Exemption | 500.00 | 0.00 | | 0.00 | FA |
| 4. Wearing Apparel<br>  Personal Clothing<br>  Debtor Claimed Exemption | 500.00 | 0.00 | | 0.00 | FA |
| 5. Insurance Policies<br>  Life insurance 500,000 term and whole cash vaule 6000 son benif.<br>  Debtor Claimed Exemption | 6,000.00 | 0.00 | | 0.00 | FA |
| 6. Pension / Profit Sharing<br>  Scott trade IRA<br>  Debtor Claimed Exemption | 5,800.00 | 0.00 | | 0.00 | FA |
| 7. Pension / Profit Sharing<br>  401 K Held by Prudential Insurance<br>  Debtor Claimed Exemption | 95,000.00 | 0.00 | | 0.00 | FA |
| 8. Stock Brokerage Account<br>  Stock trading Account held by Scottrade consisting of cash of $2,000 plus stock.<br>  Debtor Claimed Exemption | 10,800.00 | 10,709.06 | | 10,709.06 | FA |
| 9. Machinery and Supplies<br>  Computer<br>  Debtor Claimed Exemption | 300.00 | 0.00 | | 0.00 | FA |
| 10. Funds Held By Atrium Development Group LLC (u) | 0.00 | 46,976.66 | | 46,976.66 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| Case No: | 14-26280 | EW | Judge: EUGENE R. WEDOFF | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|---|
| Case Name: | KRITICOS, ADAM | | | Date Filed (f) or Converted (c): | 07/17/14 (f) |
| | | | | 341(a) Meeting Date: | 09/05/14 |
| | | | | Claims Bar Date: | 12/26/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $260,400.00 | $64,785.72 | | $57,685.72 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Investigation of possible fraudulent conveyance and turnover of common stock and sale of same.

Initial Projected Date of Final Report (TFR): 04/30/16      Current Projected Date of Final Report (TFR): 04/30/16

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 14-26280 -EW | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- |
| Case Name: | KRITICOS, ADAM | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******5067 Checking |
| Taxpayer ID No: | *******3438 | | |
| For Period Ending: | 09/28/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/01/14 | 10 | Adam Kriticos | Turnover | 1229-000 | 46,976.66 | | 46,976.66 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 69.82 | 46,906.84 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 67.49 | 46,839.35 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 69.63 | 46,769.72 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 69.54 | 46,700.18 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 62.71 | 46,637.47 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 69.33 | 46,568.14 |
| 04/27/15 | 010001 | Arthur B. Levine Company<br>60 East 42nd Street - Room 965<br>New York, New York 10165 | TRUSTEE'S BOND<br>Premium - 2/1/15 to 2/1/16 | 2300-000 | | 33.70 | 46,534.44 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 67.00 | 46,467.44 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 69.11 | 46,398.33 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 66.75 | 46,331.58 |
| 07/27/15 | 8 | Scottrade<br>P.O. Box 31759<br>Saint Louis, MO 63131 | Sale of Stock | 1129-000 | 10,709.06 | | 57,040.64 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 70.94 | 56,969.70 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 84.69 | 56,885.01 |

Page Subtotals 57,685.72 800.71

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 18.05

FORM 2

Page: 2
Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 14-26280 -EW | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | KRITICOS, ADAM | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******5067 Checking |
| Taxpayer ID No: | *******3438 | | |
| For Period Ending: | 09/28/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 57,685.72 | 800.71 | 56,885.01 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 57,685.72 | 800.71 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 57,685.72 | 800.71 | |
| | | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | Checking - *******5067 | | 57,685.72 | 800.71 | 56,885.01 |
| | | | | | ---------------------- | ---------------------- | ---------------------- |
| | | | | | 57,685.72 | 800.71 | 56,885.01 |
| | | | | | =============== | =============== | =============== |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: September 29, 2015 |
|---|---|---|---|---|---|---|

Case Number:  14-26280  
Debtor Name:  KRITICOS, ADAM

Claim Number Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 001<br>2200-00 | Phillip D. Levey<br>2722 North Racine Avenue<br>Chicago, IL 60614 | Administrative | | $38.85 | $0.00 | $38.85 |
| 001<br>2100-00 | Phillip D. Levey<br>2722 North Racine Avenue<br>Chicago, IL 60614 | Administrative | | $6,134.29 | $0.00 | $6,134.29 |
| 001<br>3110-00 | Phillip D. Levey<br>2722 North Racine Avenue<br>Chicago, IL 60614 | Administrative | | $4,905.00 | $0.00 | $4,905.00 |
| 000001<br>070<br>7100-00 | OSLA<br>on behalf of US Dept of Education<br>Direct Loans<br>PO Box 18475<br>Oklahoma City, OK 73154-0475 | Unsecured | | $13,748.62 | $0.00 | $13,748.62 |
| 000002<br>070<br>7100-00 | New York Community Bank<br>James S. Cole, Esq.<br>The Wasinger Law Group, P.C.<br>1401 S. Brentwood Blvd., Suite 875<br>St. Louis, MO 63144 | Unsecured | | $150,192.50 | $0.00 | $150,192.50 |
| 000003<br>070<br>7100-00 | CERASTES, LLC<br>C O WEINSTEIN, PINSON AND<br>RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | | $11,582.27 | $0.00 | $11,582.27 |
| 000004<br>070<br>7100-00 | PYOD, LLC its successors and assigns<br>as<br>assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $8,878.21 | $0.00 | $8,878.21 |
| 000005<br>070<br>7100-00 | PYOD, LLC its successors and assigns<br>as<br>assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $407.03 | $0.00 | $407.03 |
| 000006<br>080<br>7200-00 | Ryan Andriola<br>c/o Lester A Ottenheimer, III<br>750 W. Lake Cook Road, Suite 290<br>Buffalo Grove, IL 60089 | Unsecured | | $100,000.00 | $0.00 | $100,000.00 |
| | Case Totals: | | | $295,886.77 | $0.00 | $295,886.77 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-26280
Case Name: KRITICOS, ADAM
Trustee Name: Phillip D. Levey

| | | |
|---|---|---|
| Balance on hand | $ | 56,885.01 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ 6,134.29 | $ 0.00 | $ 6,134.29 |
| Trustee Expenses: Phillip D. Levey | $ 38.85 | $ 0.00 | $ 38.85 |
| Attorney for Trustee Fees: Phillip D. Levey | $ 4,905.00 | $ 0.00 | $ 4,905.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 11,078.14 |
| Remaining Balance | $ 45,806.87 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 184,808.63 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 24.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | OSLA | $ 13,748.62 | $ 0.00 | $ 3,407.75 |
| 000002 | New York Community Bank | $ 150,192.50 | $ 0.00 | $ 37,226.88 |
| 000003 | CERASTES, LLC | $ 11,582.27 | $ 0.00 | $ 2,870.79 |
| 000004 | PYOD, LLC its successors and assigns as | $ 8,878.21 | $ 0.00 | $ 2,200.56 |
| 000005 | PYOD, LLC its successors and assigns as | $ 407.03 | $ 0.00 | $ 100.89 |

Total to be paid to timely general unsecured creditors    $ 45,806.87

Remaining Balance    $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 100,000.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | Ryan Andriola | $ 100,000.00 | $ 0.00 | $ 0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*

|  |  |  |
|---|---|---|
| Total to be paid to tardy general unsecured creditors | $ | 0.00 |
| Remaining Balance | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE