UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| KRITICOS, ADAM | § | Case No. 14-26280 |
| | § | |
| Debtor | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        Jeffrey P. Allsteadt
        U.S. Bankruptcy Court Clerk
        219 South Dearborn Street- 7th Floor
        Chicago, IL  60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 12/09/2015 in Courtroom 613,
        United States Courthouse
        219 South Dearborn Street
        Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Jeffrey P. Allsteadt_____
                                            Clerk of The United States Bankruptcy
                                                              Court

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: § | | |
| § | | |
| KRITICOS, ADAM § | Case No. 14-26280 | |
| § | | |
| Debtor § | | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 57,685.72 |
| and approved disbursements of | $ | 800.71 |
| leaving a balance on hand of[1] | $ | 56,885.01 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ 6,134.29 | $ 0.00 | $ 6,134.29 |
| Trustee Expenses: Phillip D. Levey | $ 38.85 | $ 0.00 | $ 38.85 |
| Attorney for Trustee Fees: Phillip D. Levey | $ 4,905.00 | $ 0.00 | $ 4,905.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 11,078.14 |
| Remaining Balance | $ 45,806.87 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 184,808.63 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 24.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | OSLA | $ 13,748.62 | $ 0.00 | $ 3,407.75 |
| 000002 | New York Community Bank | $ 150,192.50 | $ 0.00 | $ 37,226.88 |
| 000003 | CERASTES, LLC | $ 11,582.27 | $ 0.00 | $ 2,870.79 |
| 000004 | PYOD, LLC its successors and assigns as | $ 8,878.21 | $ 0.00 | $ 2,200.56 |
| 000005 | PYOD, LLC its successors and assigns as | $ 407.03 | $ 0.00 | $ 100.89 |
| | Total to be paid to timely general unsecured creditors | | $ | 45,806.87 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 100,000.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | Ryan Andriola | $ 100,000.00 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to tardy general unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Phillip D. Levey
Chapter 7 Trustee

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 14-26280-DLT
Adam S Kriticos                                                           Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: dwilliams           Page 1 of 1            Date Rcvd: Nov 10, 2015
                              Form ID: pdf006           Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 12, 2015.
```
db         +Adam S Kriticos,    540 N State,   Chicago, IL 60654-7231
22171063   +Bank United,    P O Box 028569,   Miami, FL 33102-8529
22171064   +Best  Buy,    P O Box 688910,   Des Moines, IA 50368-8910
22646880   +CERASTES, LLC,    C O WEINSTEIN, PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
             SEATTLE, WA 98121-3132
22171065   +Chase Bank,    P O Box 15153,   Wilmington, DE 19850-5153
22171066   +Citi,   P O Box 688912,   Des Moines, IA 50368-8912
22348217   +New York Community Bank,    James S. Cole, Esq.,    The Wasinger Law Group, P.C.,
             1401 S. Brentwood Blvd., Suite 875,   St. Louis, MO 63144-1415
22171067   +New York Community Bank,    C/O Casey Cira,   1401 Brentwood S 875,   Saint Louis, MO 63144-1415
22171068   +Northwestern Memorial Hosp.,    C/O Harris &Harris,   111 W Jackson,   Chicago, IL 60604-3589
22171069    OSLA,   on behalf of US Dept of Education,    Direct Loans,    PO Box 18475,
             Oklahoma City, OK 73154-0475
22171070   +Ryan Andriola,    C/o Stevens Richards,   707 Skokie Blvd,   Northbrook, IL 60062-2857
23045154   +Ryan Andriola,    Lester A Ottenheimer, III,    750 W. Lake Cook Road, Suite 290,
             Buffalo Grove, IL 60089-2072
22171071   +Tanya Kriticos,    540 N State,   Chicago, IL 60654-7231
22171072   +U S Airways,    Card Services,   P O Box 13337,   Philadelphia, PA 19101-3337
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
22498678         E-mail/Text: rev.bankruptcy@illinois.gov Nov 11 2015 01:38:18
             Illinois Department Of Revenue,   POB 19043,   Springfield IL 62794
22498679         E-mail/Text: cio.bncmail@irs.gov Nov 11 2015 01:37:35    Internal Revenue Service,   POB 21126,
             Philadelphia PA 19114
22740898   +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 11 2015 01:45:27
             PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
             Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
                                                                                             TOTAL: 3

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22354619       New York Community Bank
                                                                                             TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2015                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 9, 2015 at the address(es) listed below:
```
              James S. Cole    on behalf of Plaintiff   New York Community Bank jcole@wasingerdaming.com,
               slay@wasingerdaming.com
              James S. Cole    on behalf of Creditor   New York Community Bank jcole@wasingerdaming.com,
               slay@wasingerdaming.com
              John M Babbington    on behalf of Defendant Adam  Kriticos broker44@sbcglobal.net
              John M Babbington    on behalf of Debtor Adam S Kriticos broker44@sbcglobal.net
              Kimberly  Bacher    on behalf of U.S. Trustee Patrick S Layng USTPRegion11.es.ecf@usdoj.gov,
               kimberly.bacher@usdoj.gov;kimberlyabacher@hotmail.com
              Lester A Ottenheimer, III    on behalf of Creditor Ryan  Andriola lottenheimer@olawgroup.com,
               nfishkin@olawgroup.com
              Lester A Ottenheimer, III    on behalf of Plaintiff Ryan  Andriola lottenheimer@olawgroup.com,
               nfishkin@olawgroup.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Phillip D Levey, ESQ    on behalf of Trustee Phillip D Levey, ESQ levey47@hotmail.com,
               plevey@ecf.epiqsystems.com
              Phillip D Levey, ESQ    levey47@hotmail.com, plevey@ecf.epiqsystems.com
              Stephen G Wolfe    on behalf of U.S. Trustee Patrick S Layng steve.g.wolfe@usdoj.gov,
               jennifer.r.toth@usdoj.gov
                                                                                             TOTAL: 11
```