# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
KRITICOS, ADAM § Case No. 14-26280
§
     Debtor §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 140,000.00<br>*(Without deducting any secured claims)* | Assets Exempt: 111,600.00 |
| Total Distributions to Claimants: 45,806.87 | Claims Discharged<br>Without Payment: 445,311.76 |
| Total Expenses of Administration: 11,878.85 | |

     3) Total gross receipts of $ 57,685.72 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 57,685.72 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 132,900.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 11,878.85 | 11,878.85 | 11,878.85 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 206,310.00 | 284,808.63 | 284,808.63 | 45,806.87 |
| **TOTAL DISBURSEMENTS** | $ 339,210.00 | $ 296,687.48 | $ 296,687.48 | $ 57,685.72 |

  4)  This case was originally filed under chapter 7 on  07/17/2014 .  The case was pending for 21 months.

  5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

  Dated:  04/15/2016            By:/s/Phillip D. Levey
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Stock Brokerage Account | 1129-000 | 10,709.06 |
| Funds Held By Atrium Development Group LLC | 1229-000 | 46,976.66 |
| **TOTAL GROSS RECEIPTS** | | **$ 57,685.72** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank United P O Box 028569 Miami, FL 33102 | | 132,900.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 132,900.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LEVEY, PHILLIP D. | 2100-000 | NA | 6,134.29 | 6,134.29 | 6,134.29 |
| LEVEY, PHILLIP D. | 2200-000 | NA | 38.85 | 38.85 | 38.85 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 33.70 | 33.70 | 33.70 |
| ASSOCIATED BANK | 2600-000 | NA | 767.01 | 767.01 | 767.01 |
| LEVEY, PHILLIP D. | 3110-000 | NA | 4,905.00 | 4,905.00 | 4,905.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 11,878.85 | $ 11,878.85 | $ 11,878.85 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Best Buy P O Box 688910 Des Moines, IA 50368 | | 490.00 | NA | NA | 0.00 |
| | Chase Bank P O Box 15153 Wilmington, DE 19850 | | 3,160.00 | NA | NA | 0.00 |
| | Citi P O Box 688912 Des Moines, IA 50386 | | 8,758.00 | NA | NA | 0.00 |
| | New York Community Bank C/O Casey Cira 1401 Brentwood S 875 Saint Louis, MO 63144 | | 143,900.00 | NA | NA | 0.00 |
| | Northwestern Memorial Hosp. C/O Harris &Harris 111 W Jackson Chicago, IL 60604 | | 13,000.00 | NA | NA | 0.00 |
| | OSLA P O Box 18475 Oklahoma City, OK 73154 | | 24,702.00 | NA | NA | 0.00 |
| | Ryan Andriola C/o Stevens Richards 707 Skokie Blvd Northbrook, IL 60062 | | 0.00 | NA | NA | 0.00 |
| | U S Airways Card Services P O Box 13337 Philadelphia, PA 19101 | | 12,300.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | NEW YORK COMMUNITY BANK | 7100-000 | NA | 150,192.50 | 150,192.50 | 37,226.88 |
| 000001 | OSLA | 7100-000 | NA | 13,748.62 | 13,748.62 | 3,407.75 |
| 000005 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | NA | 407.03 | 407.03 | 100.89 |
| 000003 | CERASTES, LLC | 7100-900 | NA | 11,582.27 | 11,582.27 | 2,870.79 |
| 000004 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-900 | NA | 8,878.21 | 8,878.21 | 2,200.56 |
| 000006 | RYAN ANDRIOLA | 7200-000 | NA | 100,000.00 | 100,000.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 206,310.00 | $ 284,808.63 | $ 284,808.63 | $ 45,806.87 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 14-26280 | EW | Judge: EUGENE R. WEDOFF | | Trustee Name: | Phillip D. Levey |
| Case Name: | KRITICOS, ADAM | | | | Date Filed (f) or Converted (c): | 07/17/14 (f) |
| | | | | | 341(a) Meeting Date: | 09/05/14 |
| For Period Ending: | 09/28/15 | | | | Claims Bar Date: | 12/26/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Studio condo at 300 N State Chicago Il 60610 | 140,000.00 | 7,100.00 | | 0.00 | FA |
| 2. Financial Accounts | 1,500.00 | 0.00 | | 0.00 | FA |
| Chase Bank | | | | | |
| Debtor Claimed Exemption | | | | | |
| 3. Household Goods | 500.00 | 0.00 | | 0.00 | FA |
| Furniture and Household Goods | | | | | |
| Debtor Claimed Exemption | | | | | |
| 4. Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| Personal Clothing | | | | | |
| Debtor Claimed Exemption | | | | | |
| 5. Insurance Policies | 6,000.00 | 0.00 | | 0.00 | FA |
| Life insurance  500,000 term and whole cash vaule 6000 son  benif. | | | | | |
| Debtor Claimed Exemption | | | | | |
| 6. Pension / Profit Sharing | 5,800.00 | 0.00 | | 0.00 | FA |
| Scott trade IRA | | | | | |
| Debtor Claimed Exemption | | | | | |
| 7. Pension / Profit Sharing | 95,000.00 | 0.00 | | 0.00 | FA |
| 401 K Held by Prudential Insurance | | | | | |
| Debtor Claimed Exemption | | | | | |
| 8. Stock Brokerage Account | 10,800.00 | 10,709.06 | | 10,709.06 | FA |
| Stock trading Account held by Scottrade consisting of cash of $2,000 plus stock. | | | | | |
| Debtor Claimed Exemption | | | | | |
| 9. Machinery and Supplies | 300.00 | 0.00 | | 0.00 | FA |
| Computer | | | | | |
| Debtor Claimed Exemption | | | | | |
| 10. Funds Held By Atrium Development Group LLC (u) | 0.00 | 46,976.66 | | 46,976.66 | FA |

LFORM1

Ver: 18.05

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

Case 14-26280 Doc 80 Filed 04/22/16 Entered 04/22/16 10:34:42 Desc Main
Document Page 8 of 11

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 14-26280 | EW | Judge: EUGENE R. WEDOFF | | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | KRITICOS, ADAM | | | | Date Filed (f) or Converted (c): | 07/17/14 (f) |
| | | | | | 341(a) Meeting Date: | 09/05/14 |
| | | | | | Claims Bar Date: | 12/26/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $260,400.00 | $64,785.72 | | $57,685.72 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Investigation of possible fraudulent conveyance and turnover of common stock and sale of same.

Initial Projected Date of Final Report (TFR): 04/30/16    Current Projected Date of Final Report (TFR): 04/30/16

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 14-26280 -DLT | | Trustee Name: | Phillip D. Levey |
| Case Name: | KRITICOS, ADAM | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******5067  Checking |
| Taxpayer ID No: | *******3438 | | | |
| For Period Ending: | 04/15/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/01/14 | 10 | Adam Kriticos | Turnover | 1229-000 | 46,976.66 | | 46,976.66 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 69.82 | 46,906.84 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 67.49 | 46,839.35 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 69.63 | 46,769.72 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 69.54 | 46,700.18 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 62.71 | 46,637.47 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 69.33 | 46,568.14 |
| 04/27/15 | 010001 | Arthur B. Levine Company<br>60 East 42nd Street - Room 965<br>New York, New York  10165 | TRUSTEE'S BOND<br>Premium - 2/1/15 to 2/1/16 | 2300-000 | | 33.70 | 46,534.44 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 67.00 | 46,467.44 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 69.11 | 46,398.33 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 66.75 | 46,331.58 |
| 07/27/15 | 8 | Scottrade<br>P.O. Box 31759<br>Saint Louis, MO  63131 | Sale of Stock | 1129-000 | 10,709.06 | | 57,040.64 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 70.94 | 56,969.70 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 84.69 | 56,885.01 |
| 12/15/15 | 010002 | Phillip D. Levey<br>2722 North Racine Avenue<br>Chicago, IL  60614 | Attorney for Trustee Fees (Trustee | 3110-000 | | 4,905.00 | 51,980.01 |
| 12/15/15 | 010003 | Phillip D. Levey<br>2722 North Racine Avenue<br>Chicago, IL  60614 | Trustee Compensation | 2100-000 | | 6,134.29 | 45,845.72 |
| 12/15/15 | 010004 | Phillip D. Levey<br>2722 North Racine Avenue<br>Chicago, IL  60614 | Trustee Expenses | 2200-000 | | 38.85 | 45,806.87 |
| 12/15/15 | 010005 | OSLA | Claim 000001, Payment 24.78612% | 7100-000 | | 3,407.75 | 42,399.12 |

Page Subtotals    57,685.72    15,286.60

Ver: 19.05f

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

FORM 2 Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD Exhibit 9

| Case No: | 14-26280 -DLT | | Trustee Name: | Phillip D. Levey |
| Case Name: | KRITICOS, ADAM | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******5067 Checking |
| Taxpayer ID No: | *******3438 | | | |
| For Period Ending: | 04/15/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/15/15 | 010006 | on behalf of US Dept of Education Direct Loans PO Box 18475 Oklahoma City, OK 73154-0475 New York Community Bank James S. Cole, Esq. The Wasinger Law Group, P.C. 1401 S. Brentwood Blvd., Suite 875 St. Louis, MO 63144 | Claim 000002, Payment 24.78611% | 7100-000 | | 37,226.88 | 5,172.24 |
| 12/15/15 | 010007 | CERASTES, LLC C O WEINSTEIN, PINSON AND RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE, WA 98121 | Claim 000003, Payment 24.78607% | 7100-900 | | 2,870.79 | 2,301.45 |
| 12/15/15 | 010008 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Claim 000004, Payment 24.78608% | 7100-900 | | 2,200.56 | 100.89 |
| 12/15/15 | 010009 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Claim 000005, Payment 24.78687% | 7100-000 | | 100.89 | 0.00 |

Page Subtotals 0.00 42,399.12

Ver: 19.05f

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-26280 -DLT | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | KRITICOS, ADAM | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******5067  Checking |
| Taxpayer ID No: | *******3438 | | | |
| For Period Ending: | 04/15/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 57,685.72 | 57,685.72 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 57,685.72 | 57,685.72 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 57,685.72 | 57,685.72 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking - *******5067 | 57,685.72 | 57,685.72 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 57,685.72 | 57,685.72 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      0.00      0.00

Ver: 19.05f

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*